The Merrill-Stevens Engineering Company, a Corporation, Plaintiff in Error, vs. The Brevard County State Bank, a Corporation, Defendant in Error.

*Appellate Practice—Consideration of Case on Abstract of Record.*
Where a cause is submitted to the appellate court upon abstracts of the record as prescribed by the rules of practice for the government of such court, and no exceptions to such

abstracts are interposed, they are thereby admitted to be true and correct; and under the rules, the appellate court is required in such a case, to consider and dispose of the cause upon such abstracts alone without reference to the transcript of the record; and if no error is made to appear by such abstracts the judgment of the court below will be affirmed.

Writ of Error to the Circuit Court for Duval County.

*Adams L'Engle,* for Plaintiff in Error.

*W. H. Baker,* for Defendant in Error.

PER CURIAM.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error.

This cause coming on to be heard in its regular order on the docket, and the same being submitted upon abstracts of the record that, by reason of not being excepted to, are admitted to be true, and which, under the rules, require a consideration of the cause upon the abstracts alone without reference to the transcript of the record. After due consideration the court finds that no reversible error is made to appear by the said abstracts, it is, therefore, ordered and adjudged that the judgment of the court below is hereby affirmed at the cost of the plaintiff in error.